IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH JOHN SHAFFER SR.,    : <br>           Petitioner        : <br>                         : <br> v.                                : <br>                              : <br> ATTORNEY GENERAL OF     : <br> PENNSYLVANIA,              : <br>           Respondent     : | No. 3:24-CV-1832 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Kenneth John Shaffer Sr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Shaffer has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this court's procedural rulings are correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to CLOSE this case.

Date: 9/18/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court